IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DUBON MIRANDA, *et al.* | * | |
| | * | |
| *Plaintiffs* | * | |
| | * | Civil Action No. CCB-20-1110 |
| v. | * | |
| | * | |
| WILLIAM P. BARR, *et al.* | * | |
| | * | |
| *Defendants* | * | |

**ORDER**

Having been advised by counsel that the appeal of this court's preliminary injunction order (ECF 27) is now being briefed before the United States Court of Appeals for the Fourth Circuit, and the case having been stayed because of that appeal, the court finds it appropriate to Deny the pending motion for class certification (ECF 23) without prejudice to renewal after the conclusion of the appeals process.

So Ordered this __4th__ day of December, 2020.

/s/
_____
Catherine C. Blake
United States District Judge